# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Quincy L. Sellers**

    vs.

**Superintendent, Clinton Correctional Facility**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:04-CV-490

___  **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**RESPONDENT CRIMINAL COURT OF ONONDAGA COUNTY WAS TERMINATED IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S ORDER FILED JUNE 4, 2004.**

**IT IS ORDERED AND ADJUDGED** THAT RESPONDENT'S MOTION TO DISMISS IS GRANTED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION & ORDER FILED SEPTEMBER 19, 2005.

Dated:   September 19, 2005

*[signature]*
Clerk of Court

s/S. Potter
By: Deputy Clerk